UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATISHA VARGAS,<br>Plaintiff,<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC., and DOES 1-10, inclusive,<br>Defendant. | Case No.<br><br>2:21-cv-00701-SVW-MRW<br><br>~~PROPOSED~~ ORDER TO DISMISS WITH PREJUDICE |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

All previously set dates are vacated and off calendar.

Dated this 24th day of June, 2021

_____
Honorable Judge of the District Court